

# The Legal Aid Society
**Federal Defender Division • Eastern District of New York**
16 Court Street, Brooklyn, NY 11241
Tel: (718) 330-1200  Fax: (718) 855-0760
www.legal-aid.org

*Federal Defender Division*
  Leonard F. Joy
  *Attorney-in-Charge*

*Eastern District of New York*
  Peter Kirchheimer
  *Attorney-in-Charge*

September 27, 2005

The Honorable John Gleeson
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  **United States v. Gregory Espinal, 05 CR 308**

Your Honor:

    I am writing to request that Mr. Espinal's sentencing, currently scheduled for September 30th, be adjourned for approximately one month. Mr. Espinal's phone number and address changed recently, and I have been unable to contact him to discuss the pre-sentence report with him, as well as to obtain additional materials that may be important for sentencing. Yesterday I spoke to his pre-trial services officer, who gave me Mr. Espinal's latest information and informed me that he is doing extremely well under supervision. I will now be able to reach Mr. Espinal but I do not believe that I can accomplish everything before September 30th. I have left a message for AUSA Boeckmann, but I do not anticipate that she will object to this request. Thank you for your consideration.

Yours truly,

Florian Miedel
(718) 330-1208

cc:  AUSA Nicole Boeckmann
     Clerk of Court
     Probation Officer Lori Jones

*MEMO ENDORSED*
IT IS ORDERED that counsel when this memo Endorsement is ... ing verification copy to all ... do not fax such of such ... verification to Chambers.

New date is 10/21/05 @ 2:00 PM

s/John Gleeson


